## SIMON & PARTNERS LLP

THE FRENCH BUILDING
551 FIFTH AVENUE
NEW YORK, NEW YORK 10176
www.simonlawyers.com

(212) 332-8900

BRADLEY D. SIMON
BRIAN D. WALLER
KENNETH C. MURPHY

JONATHAN STERN

COUNSEL
PAMELA B. STUART
NEAL M. SHER
GENEVIEVE SROUSSI
STEPHENIE L. BROWN
HARRIET TAMEN

FAX: (212) 332-8909

NEW YORK
WASHINGTON, D.C.
PARIS

September 20, 2013

Via ECF

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

  Re: U.S. v. Van Hise, et al.
    Case No.: 12-cr-847 (PGG)

Dear Judge Gardephe:

  This letter is jointly submitted by counsel for defendants Asch and Meltz in the above matter. Those defendants' motions are currently due on Monday, September 23, 2013. The government filed a superceding indictment on Wednesday, September 18, 2013 and the Court scheduled an arraignment for October 4, 2013. Counsel for co-defendant Van Hise has requested to file motions based on the new indictment to October 11, 2013. With the government's consent, counsel for defendants Asch and Meltz join in

SIMON & PARTNERS LLP

2

that request and respectfully ask that they be permitted to file their motions by October 11, 2013 as well.

Thank you for your courtesy and attention to this request.

Respectfully submitted,

SIMON & PARTNERS LLP

By:   Brian D. Waller

*Attorneys for Christopher Asch*

cc:   AUSA Hadassa Waxman
      AUSA Brooke Cucinella