UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATE OF AMERICA

- against -

ROBERT CHRISTOPHER ASCH,

Defendant.

**ORDER**

12 Cr. 847 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Government will respond to Defendant Asch's motion for compassionate release (Dkt. No. 534) by **September 16, 2024**.

Dated: New York, New York
       August 14, 2024

SO ORDERED.

Paul G. Gardephe
United States District Judge