

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 9, 2024

**By ECF**
The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**
**The Application is granted.**
**SO ORDERED:**

*[signature]*

Paul G. Gardephe, U.S.D.J.

Date: October 10, 2024

Re:   *United States v. Robert Asch*, 12 Cr. 847 (PGG)

Dear Judge Gardephe:

The Government respectfully requests an extension of time to respond to the defendant's motion for compassionate release, filed on Augst 12, 2024. (ECF No. 534).

On August 14, 2024, the Court set a deadline of September 16, 2024, for the Government to respond to the defendant's motion. Because the Assistant United States Attorneys who had previously worked on this defendant's case have left the United States Attorney's Office, the Office did not timely respond. The undersigned counsel for the Government was assigned to this matter today, October 9, 2024. Accordingly, the Government requests additional time to obtain and review records, to consider the Government's position on the motion, and to draft its response. The Government respectfully requests leave to file its response on or before October 30, 2024 (*i.e.*, three weeks from today).

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: *[signature]* Rebecca Delfiner
Rebecca Delfiner
Assistant United States Attorney
(212) 637-2427

cc:   All counsel of record (via ECF)